IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:17-CV-356

| | |
|---|---|
| RICARDO MONDRAGON, et al. on behalf of themselves and all other similarly situated person, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| SCOTT FARMS, INC., et al. | ) ) |
| Defendants. | ) ) |

ORDER

THIS MATTER coming on to be heard before the undersigned Judge presiding in the United States District Court for the Eastern District of North Carolina, on Consent Motion for Voluntary Dismissal Without Prejudice of Claims of Ramón Hernandez Ortiz, pursuant to Rule 41(a)(2), Fed. R. Civ. P., and the Court having heard and considered this matter being of the opinion that this motion should be allowed;

Now, therefore, Plaintiffs' motion is GRANTED.

SO ORDERED this the 5th day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge