IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:17-CV-356

| | |
|---|---|
| RICARDO MONDRAGON, EUSTORGIO ESPINOBARROS FELICIANO, JUAN CONTRERAS, CUTBERTO ORTIZ HERNÁNDEZ, ALEJANDRO JIMENEZ GONZALEZ, RENATO ROMERO ACUÑA, JOSÉ TAPIA, ANASTACIO LOPEZ SOLIS, and ABDON QUIRASCO SIXTECO, on behalf of themselves and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT FARMS, INC., ALICE H. SCOTT, LINWOOD H. SCOTT, JR., LINWOOD H. SCOTT III, DEWEY R. SCOTT, JFT HARVESTING INC., JUAN F. TORRES OASIS HARVESTING, INC., and RAMIRO B. TORRES<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT**

Plaintiffs and Scott Farms, Inc., Alice H. Scott, Linwood H. Scott, Jr., Linwood H. Scott, III, and Dewey R. Scott (collectively "Defendants") jointly move this Court for entry of the stipulated order accompanying this Joint Motion approving the class action settlement agreement (attached as Exhibit 1). The terms of settlement are set on in Exhibit 2 to this Motion. Declarations of Plaintiffs' Counsel Carol Brooke and Robert Willis accompany this Motion and are designated as Exhibit 3 and Exhibit 4, respectively.

**WHEREFORE** the parties respectfully request that the Court enter the proposed Order granting preliminary approval of the Settlement Agreement and granting the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted, this the 22nd day of October 2019.

/s/ Robert J. Willis
Robert J. Willis
N.C. Bar No.10730
P.O. Box 1269
Raleigh, NC  27602
(919) 821-9031
(919) 821-1764 (fax)
rwillis@rjwillis-law.com
*Attorney for Plaintiffs*

/s/ Carol Brooke
Carol Brooke
N.C. Bar No. 29126
carol@ncjustice.org
Clermont Fraser Ripley
N.C. Bar No. 36761
clermont@ncjustice.org
North Carolina Justice Center
PO Box 28068
Raleigh, NC 27611-8068
*Attorneys for Plaintiffs*

/s/ F. Marshall Wall
F. Marshall Wall, N.C. Bar #26804
Laura E. Dean, N. C. Bar #43775
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone:   (919) 828-5100
Facsimile:   (919) 828-2277
Email:       mwall@cshlaw.com
             ldean@cshlaw.com
*Attorneys for Defendants Scott Farms, Inc.,*
*Alice H. Scott, Linwood H. Scott, Jr.,*
*Linwood H. Scott, III and Dewey R. Scott*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:17-cv-356-FL

| | |
|---|---|
| Ricardo Mondragon, et al., )<br>Plaintiffs, )<br>v. )<br>)<br>SCOTT FARMS, INC., et al., )<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 22, 2019, a copy of the foregoing *Motion* was filed with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record, including:

| | |
|---|---|
| Carol L. Brooke | carol@ncjustice.org |
| Andrew M. Jackson | andy@andrewjacksonlaw.com |
| Clermont Fraser Ripley | clermont@ncjustice.org |
| Robert J. Willis | rwillis@ncjustice.org |

    /s/ F. Marshall Wall
F. Marshall Wall, N.C. Bar #26804
Laura E. Dean, N. C. Bar #43775
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone:  (919) 828-5100
Facsimile:  (919) 828-2277
Email:  mwall@cshlaw.com
      ldean@cshlaw.com
*Attorneys for Defendants Scott Farms, Inc., Alice H. Scott, Linwood H. Scott, Jr., Linwood H. Scott, III and Dewey R. Scott*