IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CV-00356-FL

| | |
|---|---|
| RICARDO MONDRAGON, EUSTORGIO ESPINOBARROS FELICIANO, JUAN CONTRERAS, CUTBERTO ORTIZ HERNANDEZ, ALEJANDRO JIMENEZ GONZALEZ, ROMERO ACUNA RENATO, JOSE TAPIA, ANASTACIO LOPEZ SOLIS, and ABDON QUIRASCO SIXTECO<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT FARMS, INC., ALICE H. SCOTT, LINWOOD H. SCOTT, JR., LINWOOD H. SCOTT, III, DEWEY R. SCOTT, JFT HARVESTING, INC., JUAN F. TORRES, OASIS HARVESTING, INC., and RAMIRO B. TORRES,<br><br>Defendants. | ORDER |

This matter comes before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion"). In consideration of Plaintiffs and FLC Defendants' Joint Motion and stated grounds for same, the Joint Motion is hereby approved and entered as an Order of this Court as follows:

Having considered the extent of the parties' discovery that has taken place, the stage of the proceedings, including the complexity, expense and likely duration of the litigation, the absence of fraud or collusion in the settlement, the experience of Plaintiffs' counsel who have represented

Plaintiffs throughout the duration of the litigation, and the probability of Plaintiffs' success on the merits and the amount of the settlement in relation to the potential recovery, the Court finds the Settlement Agreement and Release to be fair and reasonable.

The Joint Motion for Approval of Settlement is ALLOWED and the Settlement Agreement and Release are APPROVED without changes. Upon receipt the Settlement Amount, Plaintiffs' counsel shall execute and file with the Court a Stipulation of Dismissal with Prejudice as to defendants JFT Harvesting, Inc., Juan F. Torres, Oasis Harvesting, Inc., and Ramiro B. Torres.

SO ORDERED, this the 22nd day of October, 2019.

*[Signature]*

LOUISE W. FLANAGAN
United States District Judge