IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:17-CV-356

| | |
|---|---|
| RICARDO MONDRAGON, EUSTORGIO ESPINOBARROS FELICIANO, JUAN CONTRERAS, CUTBERTO ORTIZ HERNÁNDEZ, ALEJANDRO JIMENEZ GONZALEZ, RENATO ROMERO ACUÑA, JOSÉ TAPIA, ANASTACIO LOPEZ SOLIS, and ABDON QUIRASCO SIXTECO, on behalf of themselves and all other similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT FARMS, INC., ALICE H. SCOTT, LINWOOD H. SCOTT, JR., LINWOOD H. SCOTT III, DEWEY R. SCOTT, JFT HARVESTING INC., JUAN F. TORRES OASIS HARVESTING, INC., and RAMIRO B. TORRES<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PRELIMINARY APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT**

This matter is before the Court on the parties' Joint Motion for Preliminary Approval of Collective Action and Class Action Settlement ("Joint Motion"). The Court finds that the proposed settlement terms are fair, adequate, and within the range of reasonableness for preliminary approval, Fed. R. Civ. P. 23(e).

Therefore, the Court preliminarily approves the Settlement Agreement attached as Exhibit 2 to the Joint Motion.

SO ORDERED.

This, the 18 day of November, 2019.

_____
THE HONORABLE LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE